CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JUN 13 PM 12:45

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DESMOND KINTWANA BETHANY
a/k/a "KING MVP" (01)
BAILEY JANE HANCE
a/k/a "KARMA JANE HERNANDEZ" (02)

No.

3-18CR-297-S

# INDICTMENT

The Grand Jury Charges:

## Count One
Conspiracy to Commit Sex Trafficking
(Violation of 18 U.S.C. § 1594(c) (18 U.S.C. §§ 1591(a)(1) and (a)(2) and (b)(1))

Beginning on or about June 1, 2015, and continuing through on or about April 12, 2018, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Desmond Kintwana Bethany**, also known as "King MVP," and **Bailey Jane Hance,** also known as **"**Karma Jane Hernandez," along with others known and unknown to the grand jury, conspired and agreed with each other to knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain or maintain by any means, and benefit, financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained and maintained the following individuals, as well as others, AV1 and/or AV3, knowing and in reckless disregard of the fact that force, threats of force, fraud and coercion, and any combination of

such means would be used to cause AV1 and/or AV3 to engage in commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1) and (a)(2) and (b)(1).

All in violation of 18 U.S.C. § 1594(c) (18 U.S.C. §§ 1591(a)(1) and (a)(2) and (b)(1)).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 1594(d), the defendants, **Desmond Kintwana Bethany**, also known as "King MVP," and **Bailey Jane Hance,** also known as "Karma Jane Hernandez," shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL.

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

DESMOND KINTWANA BETHANY a/k/a "KING MVP" (01)
BAILEY JANE HANCE a/k/a "KARMA JANE HERNANDEZ" (02)

---

INDICTMENT

18 U.S.C. § 1594(c) (18 U.S.C. §§ 1591(a)(1) and (a)(2) and (b)(1)
Conspiracy to Commit Sex Trafficking

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this ~~12~~ 13th day of June, 2018.

**No Warrant Needed**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3-18-MJ-362 (Cureton)